Robert D. Phillips, Jr. (SBN 82639)
RPhillips@ReedSmith.com
Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
William H. Higgins (SBN 208514)
whiggins@reedsmith.com
John N. Heffner (SBN 221557)
jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendants Comcast Corporation
and Comcast Cable Communications
Management, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON VIDAL, on behalf of himself and all others similarly situated, and as a private attorney general,<br><br>                Plaintiff,<br><br>   vs.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 to 50, inclusive,<br><br>                Defendants. | No.: C06-05772-SBA<br><br>**ORDER RE STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

1   Pursuant to the Stipulation Extending The Time Within Which To Respond To The
2   Complaint, signed by the parties and on file in this case,

4   IT IS ORDERED that Defendants Comcast Corporation and Comcast Cable
5   Communications Management, LLC ("Defendants") shall have until and including October 18, 2006
6   to respond to Plaintiff's Complaint in this action.

8   DATED: 10/5/06

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
Judge of the United States District Court