Robert D. Phillips, Jr. (SBN 82639)
RPhillips@ReedSmith.com
William H. Higgins (SBN 208514)
whiggins@reedsmith.com
John N. Heffner (SBN 221557)
jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     510.763.2000
Facsimile:       510.273.8832

Attorneys for Defendants Comcast Corporation
and Comcast Cable Communications
Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON VIDAL, on behalf of himself and all others similarly situated, and as a private attorney general,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 to 50, inclusive,<br><br>Defendants. | No.:  C06-05772-SBA<br><br>**ORDER RE STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

Pursuant to the Stipulation Extending The Time Within Which To Respond To The Complaint, signed by the parties and on file in this case,

IT IS ORDERED that Defendants Comcast Corporation and Comcast Cable Communications Management, LLC ("Defendants") shall have until and including December 1, 2006 to respond to Plaintiff's Complaint in this action.

DATED: 11/1/06

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
Judge of the United States District Court