Robert D. Phillips, Jr. (SBN 82639)
RPhillips@ReedSmith.com
William H. Higgins (SBN 208514)
whiggins@reedsmith.com
John N. Heffner (SBN 221557)
jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     510.763.2000
Facsimile:      510.273.8832

Attorneys for Defendants Comcast Corporation
and Comcast Cable Communications
Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON VIDAL, on behalf of himself and all others similarly situated, and as a private attorney general,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 to 50, inclusive,<br><br>Defendants. | No.: C06-05772-SBA<br><br>**STIPULATION AND ORDER REGARDING REMAND** |

IT IS HEREBY STIPULATED by and between Plaintiff Ashton Vidal and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC ("Defendants"), through their respective attorneys of record, that this action should be remanded to the California Superior Court for the County of Contra Costa. Defendants believe that, under the existing Class Action Complaint in this action, federal jurisdiction exists for this action. Plaintiff, however, contends that federal jurisdiction does not exist for this action. However, based upon Defendants'

1 continuing investigation and discussions with Plaintiff's counsel, Defendants would like to avoid the
2 time and expense associated with a contested motion to remand.  Consequently, Defendants will not
3 file an opposition to Plaintiff's motion to remand and, instead, hereby stipulate to the remand of this
4 action back to Contra Costa Superior Court.  Plaintiff and Defendants further stipulate that sanctions
5 are not warranted against either party.

7  IT IS SO STIPULATED.

9  DATED: November 22, 2006.

THE LAW OFFICES OF HAROLD M. JAFFE

By  */s/ Harold M. Jaffe*
    Harold M. Jaffe
    Attorneys for Plaintiff Ashton Vidal

15  DATED: November 22, 2006.

REED SMITH LLP

By  */s/ John N. Heffner*
    John N. Heffner
    Attorneys for Defendants
    Comcast Corporation and Comcast Cable
    Communications Management, LLC

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED: 11/27/06.

_____
Honorable Saundra B. Armstrong
Judge of the United States District Court